# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | EDWARD D FITZHUGH |
| **Case Number:** | 2:13-BK-09235-PS    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JULY 06, 2017 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | FAYE HOLTHAUS |
| **Reporter / ECR:** | LETICIA OROSCO |

## Matter:

ADV: 2-15-00101

**DAVID A. BIRDSELL vs EDWARD D FITZHUGH**

TRUSTEE'S OBJECTION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER REVOKING DISCHARGE

R / M #:   81 / 0

## Appearances:

TERRY A. DAKE, ATTORNEY FOR DAVID A. BIRDSELL

## Proceedings:

Mr. Dake has nothing to add to his objection.

**THE COURT PLACED ITS DECISION ON RECORD. THE DECISION ON THE RECORD CONSTITUTES FINDINGS OF FACT AND CONCLUSIONS OF LAW PURSUANT TO FED. R. CIV.P. 52 AS ADOPTED BY RULE 7052 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES. THE PARTIES MAY CONTACT THE COURT'S ELECTRONIC COURTROOM OPERATOR TO REQUEST A TRANSCRIPT.**

**FOR THE REASONS SET FORTH ON THE RECORD, IT IS ORDERED DENYING THE MOTION FOR RECONSIDERATION. MR. DAKE TO LODGE A FORM OF ORDER.**