# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | EDWARD D FITZHUGH |
| **Case Number:** | 2:13-BK-09235-PS   **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JULY 06, 2017 02:30 PM   6TH FLOOR #601 |
| **Courtroom Clerk:** | FAYE HOLTHAUS |
| **Reporter / ECR:** | LETICIA OROSCO |
| **Audio File Name:** | PHL01376204.MP3 |
| **Audio File Size:** | 9,422 KB |
| **Audio File Length:** | 00:20:06 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## *Matter:*

**ADV: 2-15-00101**

**DAVID A. BIRDSELL vs EDWARD D FITZHUGH**

TRUSTEE'S OBJECTION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER REVOKING DISCHARGE

**R / M #:**   81 / 88

Case 2:15-ap-00101-PS   Doc 89   Filed 07/06/17   Entered 07/07/17 11:36:20   Desc
Main document   Page 1 of 1